**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AUG 11 2003

JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

| | |
|---|---|
| EOLAS TECHNOLOGIES, INCORPORATED, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California educational corporation, | |
| Plaintiffs, | No. 99 C 0626<br>Judge James B. Zagel |
| v. | |
| MICROSOFT CORPORATION, | **SPECIAL VERDICT** |
| Defendant. | |

DOCKETED
AUG 1 2 2003

We, the jury in the above-titled matter, make the following unanimous findings:

### INFRINGEMENT

1. Did Eolas and the University of California prove, by a preponderance of the evidence, that Microsoft has infringed Claim 1 of the '906 patent?

    *("Yes" is a finding for Eolas and the University of California, and "no" is a finding for Microsoft.)*

    ✓ _____    _____
    Yes         No

2. Did Eolas and the University of California prove, by a preponderance of the evidence, that Microsoft has infringed Claim 6 of the '906 patent?

    *("Yes" is a finding for Eolas and the University of California, and "no" is a finding for Microsoft.)*

    ✓ _____    _____
    Yes         No

3. Did Eolas and the University of California prove, by a preponderance of the evidence, that Microsoft actively induced U.S. users of Internet Explorer to infringe Claim 1 of the '906 patent?

   *("Yes" is a finding for Eolas and the University of California, and "no" is a finding for Microsoft.)*

   √ Yes   ___ No

## **INVALIDITY**

4. Did Microsoft prove, by clear and convincing evidence, that the '906 patent is invalid for failure to satisfy the written description requirement?

   *(Provide an answer for Claim 1 and Claim 6. "Yes" is a finding for Microsoft; "no" is a finding for Eolas and the University of California.)*

   Claim 1   ___ Yes   √ No

   Claim 6   ___ Yes   √ No

*If you find any claim to be both infringed **and** valid, then proceed to the next question. Otherwise, skip the remaining questions, sign the Special Verdict Form, and inform the Court Security Officer that you have finished deliberating.*

## **DAMAGES**

5. What is the form of reasonable royalty to which Eolas and the University of California are entitled for Microsoft's infringing products?

   √ Running royalty (per unit)

   ___ Paid-up royalty (lump sum)

*If you find a running royalty (per unit), then answer Question 6 only.*
*If you find a paid-up royalty (lump sum), then skip Question 7 and move ahead to Question 6.*

6. What is the reasonable royalty rate to which Eolas and the University of California are entitled for Microsoft's infringing products?

$ __1.47__ per unit

x 354,124,000 units

$ __520,562,280__ Total

7. What is the paid-up (lump sum) amount to which Eolas and the University of California are entitled as a reasonable royalty from Microsoft?

$ __N/A__

*Please sign this Special Verdict form and inform the Court Security Officer that you have finished deliberating.*

ENTER:

Foreperson: _Danielle DeGraaf_

_Cathy L. Branson_

_Dale Davis_

_Marie L. Matteson_

_Robert D. Vito_

_Anthony Vincent Lindley_

_Vernon M. Mills_

_Terry Mauldry_

_[signature]_

_Maureen O'Malley_

DATE: __8/11/03__