**FILED**
**FEB 2 7 2004**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

EOLAS TECHNOLOGIES INCORPORATED and
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA,
        Plaintiffs-Appellees,
—VERSUS—
MICROSOFT CORPORATION,
        Defendant – Appellant.

) Appeal from [X] U.S. District Court (N.D. Illinois)
)                 [ ] Court of International Trade
)                 [ ] Claims Court
) TRIAL COURT NO. 99-CV-0626
) CIRCUIT COURT NO. _____

## TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

**PART 1 -** TO BE COMPLETED BY APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
    Copies to be distributed by appellant as follows: Copies 1, 2, and 3 to court reporter; Copy 4 to Trial Court;
    Copy 5 to appellee; Copy 6 retained by appellant.

  A. Complete one of the following:
    (   ) A transcript is not needed for the appeal
    (   ) A transcript is already on file
    ( X ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):
    Note: voir dire and closing arguments are not prepared unless specifically requested.
        Entire Transcript of all proceedings (including proceedings occurring on
        the dates listed on the attached addendum)
  Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.
  B. I certify that financial arrangements have been made with the reporter. Payment is by:
    ( X ) Private funds
    (   ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED _____ Date 2/27/2004   COUNSEL FOR Microsoft Corporation
ADDRESS Leydig, Voit & Mayer, Ltd., 180 N. Stetson, Suite 4900, Chicago, IL 60601-6780
TELEPHONE (312) 616-5600

---

**PART II -** TO BE COMPLETED BY COURT REPORTER.
    Copy 1 and 3 retained by the reporter; Copy 2 to be transmitted to the Court of Appeals on same date transcript
    order is received.

    Date Purchase Order received: _____
    Estimated completion date: _____
    Estimated number of pages: _____

**DOCKETED**
**MAR 2 2004**

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the
cost of the transcript.

                                              Signature and Date
                    Telephone: _____

---

**PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.**
    (To be completed by court reporter on date of filing transcript in Trial Court and this notification must be
    forwarded to Court of Appeals on same date.)

This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court
today.

        Date                                         (Signature of Court Reporter)

Copy 4 — Trial Court Copy

3cca Eff. 9/82

## Addendum to the Transcript Purchase Order for
## Eolas Technologies v Microsoft, 04-1234

The entire transcript of all proceedings is hereby requested, including the entire transcript of the proceedings occurring on the following dates:

July 14, 1999
September 23, 1999
December 16, 1999
March 7, 2000
March 21, 2000
March 29, 2000
April 25, 2000
May 16, 2000
June 1, 2000
July 20, 2000
August 21, 2000
September 6, 2000
October 25, 2000
October 26, 2000
February 20, 2001
March 1, 2001
March 22, 2001
June 5, 2001
June 12, 2001
August 6, 2001
August 20, 2001
August 30, 2001
October 17, 2001
October 30, 2001
January 31, 2002
May 9, 2002
October 18, 2002
December 4, 2002
June 26, 2003
July 3, 2003
July 7, 2003
July 8, 2003 through August 11, 2003
August 14, 2003 through August 18, 2003
December 4, 2003
January 14, 2004