IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | ) | Case No. 99 C 0626 |
| and | ) | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California educational corporation, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Hon. Rebecca R. Pallmeyer |
| MICROSOFT CORPORATION, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' COMBINED MOTION TO STRIKE THE EXPERT REPORTS OF KEVIN MURPHY, CREIGHTON HOFFMAN, AND ANNE COUGHLAN, AND MOTION IN LIMINE TO PRECLUDE MICROSOFT FROM INTRODUCING ANY NEW DAMAGES THEORIES AT TRIAL (NO. 4)**

Plaintiffs Eolas Technologies Incorporated and The Regents of the University of California ("Plaintiffs") hereby move strike the expert reports of Kevin Murphy, Creighton Hoffman and Anne Coughlan. Plaintiffs also move to preclude Microsoft from introducing any new damages theories at trial, and hereby seek the relief set out more fully in the supporting Memorandum of Law submitted under seal with the Clerk of Court.

Dated this 8th day of June, 2007.

Respectfully submitted,

By: s/ Tara Falsani Harkins

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Martin R. Lueck (MN Bar No. 155548)
Jan M. Conlin (MN Bar No. 192697)
David W. Beehler (MN Bar No. 190792)
Richard M. Martinez (MN Bar No. 225411)
Munir R. Meghjee (MN Bar No. 301437)
Katie Crosby Lehmann (MN Bar No. 257357)
Anne M. Lockner (MN Bar No. 295516)
Tara Falsani Harkins (MN Bar No. 335903)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

and

**KEEGAN, LATERZA, LOFGREN & GLEASON L.L.C.**
Thomas B. Keegan (IL Bar No. 6196077)
566 West Adams Street, Suite 750
Chicago, IL 60661
(312) 655-0200

**ATTORNEYS FOR PLAINTIFFS
EOLAS TECHNOLOGIES INCORPORATED
AND THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of June, 2007, a copy of the foregoing **PLAINTIFFS' COMBINED MOTION TO STRIKE THE EXPERT REPORTS OF KEVIN MURPHY, CREIGHTON HOFFMAN, AND ANNE COUGHLAN AND, MOTION IN LIMINE TO PRECLUDE MICROSOFT FROM INTRODUCING ANY NEW DAMAGES THEORIES AT TRIAL (NO. 4)** was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| Name | E-Mail Address |
| --- | --- |
| H. Michael Hartmann | mhartmann@leydig.com |
| Brett A. Hesterberg | bhesterberg@leydig.com |
| Steven P. Petersen | spetersen@leydig.com |
| Russell E. Cass | rcass@sidley.com |
| Richard A. Cederoth | rcederoth@sidley.com |
| David T. Pritikin | dpritikin@sidley.com |
| Thomas D. Rein | trein@sidley.com |
| Catherine L. Crisham | ccrisham@winston.com |
| George C. Lombardi | glombardi@winston.com |
| Greg J. Miarecki | gmiarecki@winston.com |
| Dan K. Webb | dwebb@winston.com |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

s/Tara Falsani Harkins
Tara Falsani Harkins (MN Bar No. 335903)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Fax: (612) 339-4181
tfharkins@rkmc.com

*ATTORNEYS FOR PLAINTIFFS EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA*