IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>and<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California educational Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 99 CV 00626<br><br>Honorable Rebecca R. Pallmeyer |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR COMBINED MOTION TO STRIKE THE EXPERT REPORTS OF KEVIN MURPHY, CREIGHTON HOFFMAN, AND ANNE COUGHLAN, AND MOTION IN LIMINE TO PRECLUDE MICROSOFT FROM INTRODUCING ANY NEW DAMAGES THEORIES DURING RETRIAL
(NO. 4)
(SUBMITTED UNDER SEAL)**

**RESTRICTED DOCUMENT PURSUANT TO L.R. 26.2**

The attached document is being filed in conventional or physical form with the Clerk's Office pursuant to the terms of the Protective Order entered by this Court on October 20, 1999, Docket No. 35.

Dated this 8th day of June, 2007.	Respectfully submitted,

By: s/Tara Falsani Harkins

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Martin R. Lueck (MN Bar No. 155548)
Jan M. Conlin (MN Bar No. 192697)
David W. Beehler (MN Bar No. 190792)
Richard M. Martinez (MN Bar No. 225411)
Munir R. Meghjee (MN Bar No. 301437)
Katie Crosby Lehmann (MN Bar No. 257357)
Anne M. Lockner (MN Bar No. 295516)
Tara Falsani Harkins (MN Bar No. 335903)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

and

**KEEGAN, LATERZA, LOFGREN & GLEASON L.L.C.**
Thomas B. Keegan (IL Bar No. 6196077)
566 West Adams Street, Suite 750
Chicago, IL 60661
(312) 655-0200

**ATTORNEYS FOR PLAINTIFFS
EOLAS TECHNOLOGIES INCORPORATED
AND THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA**