# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | ) | **Case No. 99 C 0626** |
| | ) | |
| and | ) | |
| | ) | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California educational corporation, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **Hon. Rebecca R. Pallmeyer** |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ALLEGED INEQUITABLE CONDUCT AND PROSECUTION IRREGULARITIES AT THE JURY TRIAL (NO. 2)

Plaintiffs Eolas Technologies Incorporated and The Regents of the University of California ("Plaintiffs") hereby move to exclude evidence of alleged inequitable conduct and prosecution irregularities at the jury trial and hereby seek the relief set out more fully in the supporting Memorandum of Law.

Dated this 8th day of June, 2007.   Respectfully submitted,

By:  s/Anne M. Lockner

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Martin R. Lueck (MN Bar No. 155548)
Jan M. Conlin (MN Bar No. 192697)
David W. Beehler (MN Bar No. 190792)
Richard M. Martinez (MN Bar No. 225411)
Munir R. Meghjee (MN Bar No. 301437)
Katie Crosby Lehmann (MN Bar No. 257357)
Anne M. Lockner (MN Bar No. 295516)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
(612) 349-8500

and

**KEEGAN, LATERZA, LOFGREN & GLEASON L.L.C.**
Thomas B. Keegan (IL Bar No. 6196077)
566 West Adams Street, Suite 750
Chicago, IL  60661
(312) 655-0200

**ATTORNEYS FOR PLAINTIFFS EOLAS TECHNOLOGIES INCORPORATED AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 8th day of June, 2007, a copy of the foregoing **PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ALLEGED INEQUITABLE CONDUCT AND PROSECUTION IRREGULARITIES AT THE JURY TRIAL (NO. 2)** was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| Name | E-Mail Address |
| --- | --- |
| H. Michael Hartmann | mhartmann@leydig.com |
| Brett A. Hesterberg | bhesterberg@leydig.com |
| Steven P. Petersen | spetersen@leydig.com |
| Russell E. Cass | rcass@sidley.com |
| Richard A. Cederoth | rcederoth@sidley.com |
| David T. Pritikin | dpritikin@sidley.com |
| Thomas D. Rein | trein@sidley.com |
| Catherine L. Crisham | ccrisham@winston.com |
| George C. Lombardi | glombardi@winston.com |
| Greg J. Miarecki | gmiarecki@winston.com |
| Dan K. Webb | dwebb@winston.com |

      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

      s/Anne M. Lockner
      Anne M. Lockner (MN Bar No. 295516)
      2800 LaSalle Plaza
      800 LaSalle Avenue
      Minneapolis, MN 55402
      Telephone: (612) 349-8500
      Fax: (612) 339-4181
      amlockner@rkmc.com

      ***ATTORNEYS FOR PLAINTIFFS EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA***

MP3 20228828.1